COURT OF CRIMINAL APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 13 2015

Abel Acosta, Clerk

JAVIER M. LOZANO §

    APPELLANT §

VS. § No. 03-14-00107-CR

THE STATE OF TEXAS §

    RESPONDENT §

## MOTION FOR EXTENTION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

COMES NOW, JAVIER M. LOZANO, APPELLANT in the above styled and numbered cause in an attempt to recieve an extention of time to file his Petition for Discretionary Review and would show the Court the following in supprot:

1) Petitioner has never asked for an extention in this matter and is not doing so now to delay the Court in any way.

2) Petitioner belives that the scope of his cause will require numerous visits to the unit law library,which is sub-standard at best,which will add to the hardship he faces in doing his own PDR.

3) Petitioner is not a student of the law and is not readily able to decifer the avenues of law that his cause will require him to be proficiant in and well versed in "legalize" and would ask the Court's indulgence in his submission.

### PRAYER

PETITIONER PRAYS that this Court will review his motion and grant him the time extension asked for.

RESPECTFULLY SUBMITTED,

*Javier M. Lozano*

JAVIER M. LOZANO

FILED IN
COURT OF CRIMINAL APPEALS

NOV 13 2015

Abel Acosta, Clerk

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS PLACED IN THE T D C J MAILBOX WITH FIRST CLASS POSTAGE TO BOTH THE COURT OF CRIMINAL APPEALS P.O. BOX 12308 AUSTIN,TEXAS AND ALSO TO LISA McMINN STATE PROS.ATTY. P.O. BOX 13046 AUSTIN,TEXAS ON THIS THE 9TH DAY OF NOVEMBER ,2015.

*Javier M. Lozano*

JAVIER M. LOZANO

CC STATE PROS.ATTY

PERSONAL FILE

COURT OF CRIMINAL APPEALS

JAVIER M. LOZANO           §

        PETITIONER            §

VS                        §    No. 03-14-00107-CR

THE STATE OF TEXAS          §

        RESPONDENT        §

## ORDER

THE COURT ON THIS DATE HEARD THE PETITIONER'S MOTION FOR EXTENTION OF TIME TO FILE HIS PDR AND THE COURT WILL [ ] GRANT, [] DENY, SAID MOTION. THE DUE DATE FOR HIS PRD WILL BE ON THE 2ST DAY OF *February* ,2015,or if denied will remain November 23,2015.

ORDERED ON THIS THE _____DAY OF _____,2015

--------------------------------

Judge Presiding

COURT OF CRIMINAL APPEALS

JAVIER M. LOZANO                          §

      PETITIONER                   §

VS                                        §   No. 03-14-00107-CR

THE STATE OF TEXAS                        §

      RESPONDENT                   §

## ORDER

THE COURT ON THIS DATE HEARD THE PETITIONER'S MOTION FOR EXTENTION OF TIME TO FILE HIS PDR AND THE COURT WILL [ ] GRANT, [] DENY, SAID MOTION. THE DUE DATE FOR HIS PRD WILL BE ON THE 21st DAY OF _Fcßurary_ ,2015,or if denied will remain November 23,2015.

ORDERED ON THIS THE _____DAY OF _____,2015

------------------------------------------
Jjudge presiding

PLEASE RETURN THIS COPY OF ORDER TO PETITIONER.